IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

DEC 1 1 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, STATEWIDE (LULAC) | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. SA-96-CA-0808 |
| CITY OF BOERNE, ET AL. | § § | |
| Defendants. | § § | |

---

## ORDER GRANTING JOINT MOTION TO REOPEN CASE AND TO MODIFY COMPROMISE SETTLEMENT AGREEMENT

On this day came on to be heard the Joint Motion to Reopen Case and to Modify Compromise Settlement Agreement.

After considering the motion and all of the pleadings and papers on file in this case, the Court hereby grants the Motion in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause be, and the same is hereby, REOPENED.

IT IS FURTHER ORDERED that the provisions of the Modified Compromise Settlement Agreement pertaining to the elective process in Boerne, Texas are hereby ORDERED to be implemented as the order and judgment of the Court in this case.

IT IS FURTHER ORDERED that upon completion of all steps necessary to implement the single member district electoral process for election of members to the Boerne City Council, the parties shall promptly present a joint motion to dismiss to the Court.

SIGNED THIS _____ DAY OF _____, 2009.

_____
THE HONORABLE UNITED STATES DISTRICT JUDGE