UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 2 3 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, DISTRICT 19, § § § | |
| *Plaintiff,* § | |
| v. § | Civil Action No. SA-96-CV-808-XR |
| CITY OF BOERNE, ET AL. § § | |
| *Defendant,* § | |
| and § § | |
| MICHAEL R. MORTON, § *Intervenor* | |

## JUDGMENT

In accordance with the Order issued this same date, it is ORDERED and ADJUDGED that:

1. The Motion to Modify Consent Decree (docket no. 2) is DISMISSED AS MOOT, and the Motion to Dissolve Consent Decree (docket no. 75) is GRANTED.

2. The Consent Decree entered on December 26, 1996 is dissolved, and is replaced by the single-member district election system approved by the voters on May 12, 2012.

3. The single-member district election system will be used for the next election of Council members in November 2012, at which time the places originally scheduled for election on May 12, 2012 (Districts 1, 3, and 5), but moved to the November election date by the decision of the Fifth Circuit, will be the ones on the ballot.

SIGNED this 23rd day of May, 2012.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE